6

MOE GREEN, PLAINTIFF-RESPONDENT, AND JEAN GREEN, PLAINTIFF, v. BUCK BROTHERS CO., AND JOHN R. HAMILTON, DEFENDANTS-APPELLANTS, AND THIRD-PARTY PLAINTIFFS, v. ROSEMARY DAWICKI, *ET AL.*, THIRD-PARTY DEFENDANTS.

Argued December 19, 1967—Decided December 22, 1967.

*Mr. John A. Gleeson* for appellants (*Messrs. Mead, Gleeson, Hansen & Pantages,* attorneys; *Messrs. Gassert and Murphy,* of counsel; *Mr. Joseph A. Clarken, Jr.,* on the brief).

*Mr. Julius B. Poppinga* for respondent (*Messrs. Seaman, Williams & Seaman,* attorneys; *Messrs. McCarter & English,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Leonard in the Appellate Division, 98 *N. J. Super.* 187.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For reversal*—None.